IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHECKERBOARD INTELLECTUAL PROPERTY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 17-219-LPS-CJB |
| v. | ) ) | |
| CAFEPRESS INC., | ) ) | |
| Defendant. | ) | |
| CHECKERBOARD INTELLECTUAL PROPERTY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 17-220-LPS-CJB |
| v. | ) ) | |
| CIMPRESS USA INC., | ) ) | |
| Defendant. | ) | |
| CHECKERBOARD INTELLECTUAL PROPERTY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 17-221-LPS-CJB |
| v. | ) ) | |
| CUSTOMINK, LLC, | ) ) | |
| Defendant. | ) | |
| CHECKERBOARD INTELLECTUAL PROPERTY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 17-222-LPS-CJB |
| v. | ) ) | |
| OFFICE DEPOT, INC., | ) ) | |
| Defendant. | ) | |

## MOTION TO DISMISS PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants CafePress, Inc., Cimpress USA, Inc., CustomInk, LLC, and Office Depot, Inc. (collectively, "Defendants") hereby move this Court to dismiss the Complaint (D.I. 1) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed contemporaneously herewith.

| GREENBERG TRAURIG, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Steven T. Margolin* | /s/ *Andrew C. Mayo* |
| Steven T. Margolin (#3110) | Steven J. Balick (#2114) |
| Brittany M. Giusini (#6034) | Andrew C. Mayo (#5207) |
| The Nemours Building | 500 Delaware Avenue, 8th Floor |
| 1007 North Orange Street, Suite 1200 | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 661-7000 | (302) 654-1888 |
| margolins@gtlaw.com | sbalick@ashby-geddes.com |
| giusinib@gtlaw.com | amayo@ashby-geddes.com |
| *Attorneys for Defendant CafePress Inc.* | *Attorneys for Defendant Cimpress USA Inc.* |
| *Of Counsel:* | *Of Counsel:* |
| Joshua L. Raskin | Thomas L. Duston |
| GREENBERG TRAURIG, LLP | Tron Y. Fu |
| 200 Park Avenue, MetLife Building | Tiffany Gehrke |
| New York, NY 10166 | MARSHALL, GERSTEIN AND BORUN LLP |
| (212) 801-9200 | 233 South Wacker Drive |
| raskinj@gtlaw.com | 6300 Willis Tower |
| | Chicago, IL 60606-6357 |
| | (312) 474-6300 |
| | tduston@marshallip.com |
| | tfu@marshallip.com |
| | tgehrke@marshallip.com |

| | |
|---|---|
| ASHBY & GEDDES | GIBBONS P.C. |
| /s/ *Andrew C. Mayo* | /s/ *Christopher Viceconte* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com | Christopher Viceconte (#5568)<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE  19801<br>(302) 518-6322<br>cviceconte@gibbonslaw.com |
| *Attorneys for Defendant CustomInk, LLC* | *Attorneys for Defendant Office Depot, Inc.* |
| *Of Counsel:* | *Of Counsel:* |
| Jordan A. Sigale<br>Julie Oseland<br>Julie L. Langdon<br>DUNLAP CODDING PC<br>225 West Washington Street, Suite 2200<br>Chicago, IL  60606<br>(312) 651-6744<br>jsigale@dunlapcodding.com<br>joseland@dunlapcodding.com<br>jlangdon@dunlapcodding.com | Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ  07102<br>(973) 596-4611<br>cchevalier@gibbonslaw.com |

Dated:  May 26, 2017